UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ALCAPONE ALO,

              Plaintiff,

      v.

COUNTY OF FRESNO, et al.,

              Defendants.

Case No.: 1:26-cv-03935-JLT-EGC (PC)

**ORDER DIRECTING THE CLERK OF THE COURT TO REDESIGNATE ACTION FROM 440 (OTHER CIVIL RIGHTS) TO 550 (CIVIL RIGHTS)**

On May 21, 2026, Defendants County of Fresno, Sheriff John Zanoni, and Deputy Zachary Gillian removed this action from the Fresno County Superior Court to this Court. (Doc. 1.) Plaintiff Alcapone Alo's complaint is attached as Exhibit A to the Notice of Removal. (*Id*. at 4-27.)

Upon review of the complaint, this action appears to be more appropriately designated as prisoner civil rights action, rather than a civil action.

Accordingly, the Court **HEREBY ORDERS** the Clerk of Court to re-designate this action from 440 (other civil rights) to 550 (prisoner civil rights).

IT IS SO ORDERED.

Dated:   **June 8, 2026**

_____
UNITED STATES MAGISTRATE JUDGE